IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JON NOLAN DAVIS, | ) | |
|     ID #1281583 | ) | |
|         Petitioner, | ) | |
| vs. | ) | No. 3:07-CV-0665-K |
| | ) | |
| NATHANIEL QUARTERMAN, | ) | |
| Director, Texas Department | ) | |
| of Criminal Justice, Correctional | ) | |
| Institutions Division, | ) | |
|         Respondent | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court hereby **DENIES** plaintiff's petition for habeas corpus.

**SIGNED** this 1st day of June, 2009.

*Ed Kinkeade*
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**